UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAMAN SPICER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )  Case No. 4:10CV01192 SNLJ |
| | ) |
| DAVE DORMIRE, | ) |
| | ) |
| Respondent. | ) |

**MEMORANDUM AND ORDER**

This matter is before me on the petition for writ of habeas corpus filed by Petitioner Daman Spicer. I referred this matter to United States Magistrate Judge Mary Ann Medler, for a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b). On May 15, 2012, Judge Medler filed her recommendation that Spicer's habeas petition should be denied.

No objections to Judge Medler's Report and Recommendation were filed. After careful consideration, I will adopt and sustain the thorough reasoning of Judge Medler and deny Spicer's habeas petition for the reasons stated in the Report and Recommendation dated May 18, 2012. I have also considered whether to issue a certificate of appealability. To grant a certificate of appealability, the Court must find a substantial showing of the denial of a federal constitutional right. *See Tiedeman v. Benson*, 122 F.3d 518, 522 (8th Cir. 1997). A substantial showing is a showing that issues are debatable among reasonable jurists, a Court could resolve the issues differently, or the issues deserve further proceedings. *Cox v. Norris*, 133 F.3d 565, 569 (8th Cir. 1997) (citing *Flieger v. Delo*, 16 F.3d 878, 882-83 (8th Cir. 1994). Because Spicer has not made such a showing in this case, I will not issue a certificate of appealability.

Accordingly,

**IT IS HEREBY ORDERED** that Judge Medler's Report and Recommendation filed on May 15, 2012 is adopted and sustained in its entirety.

**IT IS FURTHER ORDERED** that Petitioner Daman Spicer's Petition for Writ of Habeas Corpus is **DENIED**.

**IT IS FURTHER ORDERED** that the Court will not issue a certificate of appealability. A separate Judgment in accordance with this Memorandum and Order is entered this same date.

Dated this 13th day of September, 2012.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE